IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01236-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tanpri Media & Arts Incorporated, *et al.*, | |
| Defendants. | |

At issue are *pro se* Plaintiff Jason Crews's Motion for Leave to File Amended Complaint (Doc. 8) and Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 11). For good cause appearing, the Court will grant both Motions. Plaintiff is advised that Local Rule 15.1 provides that a party moving to amend a pleading must *attach* to the motion the proposed amended pleading in redline form, not *lodge* the proposed amended pleading in redline form, as Plaintiff did here.

**IT IS ORDERED** granting Plaintiff's Motion for Leave to File Amended Complaint (Doc. 8). Plaintiff shall file a clean (non-redline) copy of the First Amended Complaint on the docket by July 24, 2023.

**IT IS FURTHER ORDERED** granting Plaintiff's Motion to Allow Electronic Filing by a Party Appearing Without an Attorney (Doc. 11).

**IT IS FURTHER ORDERED** that Plaintiff shall comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, maintain access to the required equipment and software, maintain

a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf format, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and E-Government Act of 2002. Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

The Clerk of Court shall notify the Plaintiff of the entry of this Order.

Dated this 17th day of July, 2023.

Honorable John J. Tuchi
United States District Judge