AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **CV23-01236-PHX-JJT**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tanpri Media & Arts, Inc DBA CONSUMER LEGAL REQUEST**
was recieved by me on  **8/22/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Elizabeth Beauvil aka Raquel Beauvil aka Elizabeth Raquel Beauvil**, who is designated by law to accept service of process on behalf of **Tanpri Media & Arts, Inc DBA CONSUMER LEGAL REQUEST** at **1 Wallace Ct Apt 8, Valley Stream, NY 11510** on **08/23/2023 at 11:37 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:   08/23/2023

*Server's signature*

**Mitchell Trosterman**
*Printed name and title*

**100 Daly Blvd 1310
Oceanside, NY 11572**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Elizabeth Beauvil aka Raquel Beauvil aka Elizabeth Raquel Beauvil, CEO with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs.**



Tracking #: **0112787795**

