Civil Action No. **CV23-01236-PHX-JJT**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Matthew Capozzoli was received by me on August 18, 2023.

Documents: **Summons; Complaint**

Service Address: **5304 W Cuyler Ave Unit 2**
**Chicago, IL 60641**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Maureen Capozzoli - Wife, a person of suitable age and discretion who resides there, on 8/20/2023

☐ I served the summons to , who is designated by law to accept service of process on behalf of on ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

My fees are $ .00 for travel and $ .00 for services, for a total of $ .00

I declare under penalty of perjury under the laws of the The State of California that this information is true.

Date: **August 21, 2023**

_____
*Server's signature*

Additional information regarding attempted service, etc:

_____
**Steven A. Stosur**
*Printed name and title*
*REG # 117-001119, County of*

**13395 Voyager Parkway Suite 130  PMB 311, Colorado Springs, CO 80921**
*Server's Address*

26590