Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 852334
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>              Plaintiff,<br><br>v.<br><br>Ronald DeSantis.,<br><br>              Defendants. | Case No.: 2:23-cv-00969-PHX-MTL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST TAPIR MEDIA & ARTS, INC, MATTHEW CAPOZZOLI, AND ELIZABETH BEAUVIL** |

**REQUEST FOR ENTRY OF DEFAULT
AGAINST TAPIR MEDIA & ARTS, INC, MATTHEW CAPOZZOLI, AND ELIZABETH
BEAUVIL**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews

("Crews"), respectfully requests that the Clerk of the Court enter a default against Defendants

Tanpri Media & Arts, Inc, Matthew Capozzoli, and Elizabeth Beauvil. In support of his request,

Crews states as follows:

- The summons for Tanpri Media & Arts, Inc was issued July 6, 2023.

- The summons for Matthew Capozzoli was issued July 6, 2023.

- The summons for Elizabeth Beauvil was issued August 9, 2023.

- Pursuant to Rule 12 (A)(1)(a) Tanpri Media & Arts, Inc, Matthew Capozzoli, and Elizabeth Beauvil had 21 days to serve their answer.

- Service was completed to Tanpri Media & Arts, Inc on August 29, 2023, Exhibit 1.

- Service was completed to Matthew Capozzoli on August 20, 2023, Exhibit 2.

- Service was completed to Elizabeth Beauvil on August 23, 2023, Exhibit 3.

- Proof of service was filed for Tapri Media & Arts, Inc on August 23, 2023.

- Proof of service was filed for Matthew Capozzoli on August 24, 2023.

- Proof of service was filed for Elizabeth Beauvil on August 29, 2023.

- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.

- Tapir Media & Arts, Inc is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

- Matthew Capozzoli is or was the chief marketing officer for Tapir Media & Arts, Inc, and I have no reason to believe he is either an infant or an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that he is not currently in the military service of the United States.

- Elizabeth Beauvil is or was the chief executive officer for Tapir Media & Arts, Inc, and I have no reason to believe she is either an infant or an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that she is not currently in the military service of the United States.

Dated this September 25, 2023.

_____
                                          /s/ *Jason Crews*

            Jason Crews


**COPIES** of the forgoing were filed with the court
electronically via CM/ECF this same date.


**COPIES** of the forgoing were served via USPS
this same date upon:

Tanpri Media & Arts, Inc
1 Wallace Ct Apt 8, Valley Stream, NY 11510,

and

Elizabeth Beauvil
1 Wallace Ct Apt 8, Valley Stream, NY 11510,

and

Matthew Capozzoli
5304 W Cuyler Ave Unit 2, Chicago, IL 60641.


By: _____
              /s/ *Jason Crews*

      Jason Crews

Exhibits

Exhibit 1

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **CV23-01236-PHX-JJT**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Tanpri Media & Arts, Inc DBA CONSUMER LEGAL REQUEST**
was recieved by me on  **8/22/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Elizabeth Beauvil aka Raquel Beauvil aka Elizabeth Raquel Beauvil,** who is designated by
law to accept service of process on behalf of **Tanpri Media & Arts, Inc DBA CONSUMER LEGAL REQUEST** at **1
Wallace Ct Apt 8, Valley Stream, NY 11510** on **08/23/2023 at 11:37 AM;** or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00.**

I declare under penalty of perjury that this information is true.

Date:  08/23/2023

_____
*Server's signature*

_____
**Mitchell Trosterman**
*Printed name and title*

**100 Daly Blvd 1310**
**Oceanside, NY 11572**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Elizabeth Beauvil aka Raquel Beauvil aka Elizabeth Raquel Beauvil, CEO with identity
confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The
individual appeared to be a black-haired black female contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200
lbs.**




Tracking # 0112787795

Exhibit 2

AO 440(Rev. 12/09 ) Summons in a Civil Action (Page 2)

Civil Action No. **CV23-01236-PHX-JJT**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for Matthew Capozzoli was received by me on  August 18, 2023.

Documents:   **Summons; Complaint**

Service Address:   **5304 W Cuyler Ave Unit 2**
                              **Chicago, IL 60641**

☐ I personally served the above documents on the individual at (address) on (date/time)

☑ I left the summons at the individual's residence or usual place of abode with Maureen Capozzoli - Wife, a person of suitable age and discretion who resides there, on 8/20/2023

☐ I served the summons to    , who is designated by law to accept service of process on behalf of    on   ;or

☐ I returned the summons unexecuted because ; or

☐ other *(specify):*

*My fees are $ .00 for travel and $ .00 for services, for a total of $ .00*

*I declare under penalty of perjury under the laws of the The State of California that this information is true.*

Date:  **August 21, 2023**

_____
*Server's signature*

*Additional information regarding attempted service, etc:*

_____
**Steven A. Stosur**
*Printed name and title*
*REG # 117-001119, County of*

**13395 Voyager Parkway Suite 130  PMB 311, Colorado Springs, CO 80921**
*Server's Address*

26590

Exhibit 3

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **2:23-CV-01236-JJT**

### PROOF OF SERVICE
***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for   **Elizabeth Beauvil**
was recieved by me on  **8/25/2023:**

[X]   I personally served the summons on the individual at **1 Wallace Ct Apt 8, Valley Stream, NY 11510** on **08/29/2023 at 12:30 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]   I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  08/29/2023

_____
*Server's signature*

**Mitchell Trosterman**
*Printed name and title*

**100 Daly Blvd 1310**
**Oceanside, NY 11572**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Elizabeth Beauvil with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**




Tracking #: 0113175675