IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>  Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts Incorporated, *et al.*,<br><br>  Defendants. | No. CV-23-01236-PHX-JJT<br><br>**ORDER** |

At issue are *pro se* Plaintiff Jason Crews's "Motion for Costs of Service of Elizabeth Beauvil" (Doc. 18) and Motion for Leave to File Amended Complaint (Doc. 19). Defendants filed no responses.

In the first Motion (Doc. 18), Plaintiff requests under Federal Rule of Civil Procedure 4(d)(2) that the Court impose on Defendants the expenses Plaintiff incurred in serving Defendants after they failed to sign and agree to waivers of service requested by Plaintiff. Defendants did not respond or attempt to demonstrate good cause for their failure to agree to waive service.

Under the Rule, the Court must apportion the expenses Plaintiff incurred per Defendant, and not impose costs on all Defendants jointly and severally. Although Plaintiff titles his Motion as one for "service of Elizabeth Beauvil," the contents of the Motion only detail Plaintiff's efforts to serve Defendant Tanpri Media & Arts Inc. and Defendant Matthew Capozzoli. (Doc. 18.) Separating Plaintiff's expenses as to each of these

Defendants, Plaintiff shows he incurred expenses of $575.90 in serving Tanpri, and $226.60 in serving Capozzoli. The Court will therefore order that these Defendants pay these amounts to Plaintiff.

In the second Motion (Doc. 19), Plaintiff seeks the Court's leave under Federal Rule of Civil Procedure 15(a)(2) to file a Second Amended Complaint to allege additional facts in his existing claims against Defendants, namely, additional calls Plaintiff received that he claims violated the Telephone Consumer Protection Act. Defendants have not opposed Plaintiff's request to amend. The Court finds amendment is in the interest of justice and will grant the Motion.

**IT IS THEREFORE ORDERED** granting in part Plaintiff's "Motion for Costs of Service of Elizabeth Beauvil" (Doc. 18). Defendant Tanpri Media & Arts Inc. shall pay Plaintiff the amount of $575.90, and Defendant Matthew Capozzoli shall pay Plaintiff the amount of $226.60, under Federal Rule of Civil Procedure 4(d)(2).

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for Leave to File Amended Complaint (Doc. 19). Plaintiff shall file a clean copy of the amended pleading on the docket by October 20, 2023, with the title "Second Amended Complaint."

Dated this 10th day of October, 2023.

Honorable John J. Tuchi
United States District Judge