# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01236-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tanpri Media & Arts Incorporated, *et al.*, | |
| Defendants. | |

On October 10, 2023, the Court issued an Order (Doc. 24) granting, among other requests, Plaintiff's Second Motion to Amend Complaint (Doc. 19) which included a marked copy showing the changes from the Original Complaint. In its Order, the Court stated "Plaintiff shall file a clean copy of the amended pleading on the docket by October 20, 2023, with the title 'Second Amended Complaint." (Doc. 24 at 2.) However, the Amended Complaint Plaintiff filed (Doc. 25) was neither a clean copy nor titled a Second Amended Complaint. The Court will therefore strike the Amended Complaint filed at Doc. 25 and the subsequent Motion for Default Judgment at Doc. 26.

IT IS HEREBY ORDERED striking Plaintiff's Amended Complaint (Doc. 25) with leave to refile by November 15, 2023, in compliance with the Court's Order (Doc. 24).

**IT IS FURTHER ORDERED** striking Plaintiff's Motion for Default Judgment (Doc. 26) with leave to refile.

Dated this 8th day of November, 2023.

Honorable John J. Tuchi
United States District Judge