IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts Incorporated, *et al.*,<br><br>        Defendants. | No. CV-23-01236-PHX-JJT<br><br>**ORDER** |

The Court has reviewed Plaintiff's Motion for Default Judgment (Doc. 29). Before a district court enters a judgment of default, it must consider each of seven factors: 1) the merits of the plaintiff's substantive claim; 2) the sufficiency of the complaint; 3) the sum of money at stake in the action; 4) the possibility of prejudice to the plaintiff; 5) the possibility of a dispute concerning material facts; 6) whether the default was due to excusable neglect; and 7) the strong policy underlying the Federal Rules of Civil Procedure that favors a decision on the merits. *See Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Upon consideration and balancing of these factors as set forth in Plaintiff's Motion in the present matter, the Court concludes that they weigh strongly in favor of entering judgment of default as to Defendants. On the issue of damages, Plaintiff has submitted sufficient briefing supporting its position, and has in any event elected for statutory damages. Accordingly, the Court concludes that a hearing on damages is unnecessary.

1. **IT IS ORDERED** granting Plaintiff's Motion for Default Judgment as to Defendants Tanpri Media & Arts, Inc., dba Consumer Legal Request; Elizabeth Beauvil; and Matthew Capozzoli (Doc. 29).

**IT IS FURTHER ORDERED** that Judgment be entered in favor of Plaintiff and against the above noted Defendants jointly and severally in the amount of $19,247.70, which amount includes the following authorized components: $18,000 in statutory damages, which is calculated over the twelve distinct ATDS-administered calls (11) and robocall (1), assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees; and $845.70 in service fees.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this case upon entry of judgment.

Dated this 27th day of March, 2024.

*[signature]*
Honorable John J. Tuchi
United States District Judge