# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts Incorporated, et al.,<br><br>　　　　　Defendants. | **NO. CV-23-01236-PHX-JJT**<br><br>**DEFAULT JUDGMENT** |

　　　　Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered in favor of Plaintiff and against Defendants Tanpri Media & Arts, Inc., dba Consumer Legal Request; Elizabeth Beauvil; and Matthew Capizzoli jointly and severally in the amount of $19,247.70, which amount includes the following authorized components: $18,000 in statutory damages, which is calculated over the twelve distinct ATDS-administered calls (11) and robocall (1), assessed at $500 per violation, and here each trebled due to willfulness of Defendants; $402 in filing fees; and $845.70 in service fees.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

March 27, 2024

　　　　　　　　　　　　　　　　　　　s/ Erica Aragon
　　　　　　　　　　　　　　　　By　Deputy Clerk