Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| Jason Crews, | Case No.: 2:23-cv-01236-JJT |
|---|---|
| Plaintiff, | |
| v. | Plaintiff's *Ex Parte* Application for |
| Tanpri Media & Arts, Inc, *et al.* | Subpoenas Duces Tecum for Post Judgment |
| Defendants. | Discovery |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45 and GENERAL ORDER 18-19 ("Order"), Judgment Creditor Jason Crews ("Crews") respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties for the purposes of judgment enforcement against Judgment Debtors

Dated this April 29, 2024.

/s/*Jason Crews*
Jason Crews