Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:22-cv-02120-SMB |
| Plaintiff, | |
| v. | Memorandum in Support of *Plaintiff's Ex Parte* Application for Subpoenas Duces Tecum |
| Tanpri Media & Arts, Inc, *et al.* | |
| Defendants. | |

      Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, 69, and General Order 18-19 ("Order"), Judgment Creditor Jason Crews ("Crews") respectfully moves the court to instruct the Clerk of the court to issue subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties for the purposes of judgment enforcement against Judgment Debtors. In support thereof, Plaintiff states as follows.

      On March 27, 2024, this court entered a default judgement in Crews' favor. FRCP Rule 69 states "In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located."

      The Court entered an Order (Doc. 33) rejecting Plaintiff's prior Application (Doc. 32) because it improperly listed the place of compliance of the subpoenas as Plaintiff's e-

MEMORANDUM - 1

mail address and did not list the addresses of the parties subject to the subpoenas or the custodians of the documents requested, as the Court's General Order 18-19 requires. In the present version of the subpoenas, Plaintiff lists his own address in Gilbert, Arizona, as the place of compliance and still fails to list the addresses of the parties subject to the subpoenas or their custodians.

The Court entered an Order (Doc. 36) rejecting Plaintiff's prior Application (Doc. 35) did not list the addresses of the parties subject to the subpoenas or the custodians of the documents requested, as the Court's General Order 18-19 requires.

Pursuant to General Order 18-19, Judgment Creditor now respectfully moves the court to instruct the Clerk of the court to issue subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties for the purposes of judgment enforcement against Judgment Debtors.

**PayPal**

PayPal, Inc ("PayPal") maintains an office at 9999 N 90th St, Scottsdale, AZ 85258, https://maps.app.goo.gl/ee8DWi7zsZRHdBoWA, which is approximately 20.1 miles away from Crew's address 1515 N Gilbert Rd, Gilbert AZ 8523, and less than 100 miles complaint with rule 45(c)(2)(A).

Per a user search on PayPal.com it appears Judgment Debtor, Matthew Capozzoli ("Capozzoli") has an account with PayPal and its subsidiary Venmo.  As such, Crews, seeks the following from PayPal:

1. Please provide the Paypal and Venmo Consumer Profile and Transaction Search for the following email address "customer token" associated email addresses:

   • mattcapozzoli@gmail.com

2. To the extent not duplicative of Request No. 1, please provide a list of all PayPal and Venmo transactions associated with the tokens above from December 9, 2022 to present.

3. To the extent not duplicative of Request No. 1, please provide all bank account and customer information associated with the Paypal and Venmo token account(s) identified, to include, but not limited to, the account holder

MEMORANDUM - 2

      name, address, SSN, and linked financial institution, bank account number, and routing number.

**Early Warning Systems, LLC**

Early Warning Systems, LLC dba Zelle ("Zelle") maintains an office at 5801 N Pima Rd, Scottsdale, AZ 85250, https://maps.app.goo.gl/svuswrrFk65x2R1A7, which is approximately 16.2 miles away from Crew's address 1515 N Gilbert Rd, Gilbert AZ 85234 and less than 100 miles complaint with rule 45(c)(2)(A).

<u>Matthew Capozzoli</u>

Per a user search on the Zelle payment processing system Capozzoli transacts business with Zelle. As such, Crews seeks the following from Zelle.

  1. Please provide the Zelle Consumer Profile and Transaction Search for the following email address "customer token" associated email addresses:

      • mattcapozzoli@gmail.com

  2. To the extent not duplicative of Request No. 1, please provide a list of all Zelle transactions associated with the tokens above from December 9, 2022 to present.

  3. To the extent not duplicative of Request No. 1, please provide all bank account and customer information associated with the Zelle token account(s) identified, to include, but not limited to, the account holder name, address, SSN, and linked financial institution, bank account number, and routing number.

<u>Elizabeth Beauvil</u>

Per a user search on the Zelle payment processing system Elizabeth Beauvil transacts Zelle. As such, Crews seeks the following from Zelle.

  1. Please provide the Zelle Consumer Profile and Transaction Search for the following email address "customer token" associated email addresses:

      • lizb65@gmail.com

  2. To the extent not duplicative of Request No. 1, please provide a list of all Zelle transactions associated with the tokens above from December 9, 2022 to present.

  3. To the extent not duplicative of Request No. 1, please provide all bank account and customer information associated with the Zelle token account(s)

MEMORANDUM - 3

identified, to include, but not limited to, the account holder name, address, SSN, and linked financial institution, bank account number, and routing number.

Dated this May 5, 2024.

/s/ *Jason Crews*

Jason Crews

MEMORANDUM - 4