# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS, | Case No. 2:22-cv-02120-SMB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING *Plaintiff's Ex Parte* Application for Subpoenas Duces Tecum for Post Judgment Discovery |
| Tapir Media & Arts, Inc; *et. al.* | |
| Defendants. | |

Before the Court is an application for leave to correct and reissue previously approved subpoena.

Having considered the application and finding good cause,

- **It is ordered** the application is granted,
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Dominic W. Lanza
United States John J Tuchi