IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts Incorporated, *et al.*,<br><br>　　　　　Defendants. | No. CV-23-01236-PHX-JJT<br><br>**ORDER** |

At issue is *pro se* Plaintiff Jason Crews's Third *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 37). Plaintiff has now complied with the provision in General Order 18-19 requiring the physical addresses of the parties subject to the subpoenas. In granting the present Application, the Court makes no determination as to whether the addresses Plaintiff provided represent the locations where the entities subject to the subpoenas are headquartered or where the custodians of record reside, are employed, or regularly transact business in person under Federal Rule of Civil Procedure 45(c)(2)(A).

**IT IS HEREBY ORDERED** granting Plaintiff's Third *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 37).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoenas (Docs. 37-3, 37-4, 37-5).

Dated this 6th day of May, 2024.

　　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　　United States District Judge