IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01236-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tanpri Media & Arts Incorporated, *et al.*, | |
| Defendants. | |

At issue is *pro se* Plaintiff Jason Crews's Amended Third *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 40). Plaintiff has revised the name of the entity to whom two of the subpoenas are directed, and the Court will grant the Application for the issuance of correspondingly amended subpoenas.

**IT IS HEREBY ORDERED** granting Plaintiff's Amended Third *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 40).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoenas (Docs. 40-3, 40-4).

Dated this 15th day of May, 2024.

Honorable John J. Tuchi
United States District Judge