Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: 2:23-cv-01236-JJT |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] Order |
| Tanpri Media & Arts, Inc, et al., | Honorable John J Tuchi |
| Defendant | |

The Court has considered Plaintiffs. Finding that good cause exists, the Motion is GRANTED.

                Honorable John J Tuchi
                United States District Judge

1