AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| *Defendant* | ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:

*(Name of person to whom this subpoena is directed)*

❏ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: | Date and Time: |
|---|---|
| | |

❏ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____    _____
*Signature of Clerk or Deputy Clerk*                *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Attachment 1:

(A) All documents pertaining to any checking accounts, open or closed, held by or under the signatory authority of Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;

(B) All documents pertaining to any savings accounts, open or closed, held by or under the signatory authority of Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;

(C) All documents pertaining to any credit card accounts, open or closed, held by or under the signatory authority of Defendant, Matthew Capozzoli  bearing social security number [redacted] from December 9, 2022 to present;

(D) All documents pertaining to any open or closed bank loan documents, reflecting loans made to or co-signed by Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;

(E) All documents pertaining to any open or closed investment or security custodian accounts, IRA, Keogh, or other retirement plans in the name of or for the benefit of the Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;

(F) All documents pertaining to Certificates of Deposit purchased or redeemed by the Defendant,  Matthew Capozzoli bearing social security number [redacted] from January 1,2018 to present;

(G) Customer correspondence files for Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present.

(H) All documents pertaining to cashier's, manager's, or bank checks, traveler's checks, or money orders purchased or negotiated by Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present.

(I) All documents pertaining to wire transfers sent or received by Defendant, December 9, 2022 bearing social security number [redacted] from December 9, 2022 to present, including but not limited to the source of funds being transferred and/or the destination or recipient of transfer;

(J) All records of any and all safe deposit boxes, open or closed, held by or under the signatory authority of Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;

(K) Teller tapes reflecting all transactions between the Bank and Defendant, Matthew Capozzoli bearing social security number [redacted] from December 9, 2022 to present;