# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01236-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tanpri Media & Arts Incorporated, *et al.*, | |
| Defendants. | |

At issue is *pro se* Plaintiff Jason Crews's Fourth *Ex Parte* Application for Subpoena *Duces Tecum* (Doc. 43), seeking issuance of a subpoena to JPMorgan Chase Bank, N.A.. In granting the present Application, the Court makes no determination as to whether the address Plaintiff provided represents the locations where JPMorgan Chase Bank, N.A., is headquartered or where its custodians of record reside, are employed, or regularly transact business in person under Federal Rule of Civil Procedure 45(c)(2)(A).

**IT IS HEREBY ORDERED** granting Plaintiff's Fourth *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 43).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoena (Doc. 43-3).

Dated this 6th day of June, 2024.

Honorable John J. Tuchi
United States District Judge