# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| JASON CREWS,<br><br>        Plaintiff,<br><br>v.<br><br>Tapir Media & Arts, Inc; *et. al.*<br><br>        Defendants. | Case No. 2:22-cv-02120-SMB<br><br>[PROPOSED] ORDER GRANTING *Plaintiff's Ex Parte* Application for Subpoenas Duces Tecum for Post Judgment Discovery |

Before the Court is an application for leave to correct and reissue previously approved subpoena.

Having considered the application and finding good cause,

- **It is ordered** the application is granted,
- **It is ordered** Clerk of the court shall issue proposed subpoenas per Plaintiff's request.

**IT IS SO ORDERED**.

Dated: _____

                                          _____

                                          Hon. Dominic W. Lanza<br>
                                          United States John J Tuchi