Jason Crews
1515 N Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts, Inc, *et al.*<br><br>Defendants. | Case No.: 2:23-cv-01236-JJT<br><br>Plaintiff's Amended Fifth *Ex Parte* Application for Subpoenas Duces Tecum |

Pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 45, 69 and GENERAL ORDER 18-19, Judgment Creditor Jason Crews respectfully moves the court to instruct the Clerk of the Court to issue corrected proposed subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties for the purposes of judgment enforcement against Judgment Debtors, allowing Plaintiff correct the unintentional deficiencies in the previously approved subpoena approved by this Court.

This motion is supported by Memorandum in Support of Plaintiff's Amended Fifth *Ex Parte* Application for Subpoenas Duces Tecum for Post Judgment Discovery pursuant to Local Rules of Civil Procedure ("LRCiv") 7.2(b) and proposed order pursuant to LRCiv 7.1(b)(2) which were filed herewith.

///

1

1 | Dated this June 22, 2024.

/s/*Jason Crews*

Jason Crews