# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-01236-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Tanpri Media & Arts Incorporated, *et al.*, | |
| Defendants. | |

At issue is *pro se* Plaintiff Jason Crews's Amended Fifth *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 47), seeking issuance of subpoenas to PayPal, Inc., and Bank of America, N.A. In granting the present Application, the Court makes no determination as to whether the addresses Plaintiff provided represent the locations where PayPal, Inc. and Bank of America, N.A., are headquartered or where their custodians of record reside, are employed, or regularly transact business in person under Federal Rule of Civil Procedure 45(c)(2)(A).

**IT IS HEREBY ORDERED** granting Plaintiff's Amended Fifth *Ex Parte* Application for Subpoenas *Duces Tecum* (Doc. 47).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoenas (Docs. 47-3 and 47-4).

Dated this 25th day of June, 2024.

Honorable John J. Tuchi
United States District Judge