AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

Jason Crews )
*Plaintiff* )
v. ) Civil Action No. 2:23-cv-01236-JJT
Tanpri Media & Arts, Inc, et al. )
)
*Defendant* )

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: PayPal, Inc

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attachment

| Place: 1515 N. Gilbert Rd 107-204<br>Gilbert, AZ 85234<br>jason.crews@gmail.com | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*                                          OR

*Signature of Clerk or Deputy*                                      *Attorney's signature*

ISSUED ON 4:08 pm, Jun 25, 2024
s/ Debra D. Lucas, Clerk

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Jason Crews
_____ , who issues or requests this subpoena, are:
1515 N. Gilbert Rd 107-204., Gilbert AZ 85234, jason.crews@gmail.com, (602)295-1875.

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Attachment 1:
1. Please provide the Paypal and Venmo Consumer Profile and Transaction Search for the following email address "customer token" associated email addresses:
   - liz@zeroriskcases.com
   - lizb65@gmail.com
   - MEBYRNESN46@YAHOO.COM
2. To the extent not duplicative of Request No. 1, please provide a list of all PayPal and Venmo transactions associated with the tokens above from December 9, 2022 to present.
3. To the extent not duplicative of Request No. 1, please provide all bank account and customer information associated with the Paypal and Venmo token account(s) identified, to include, but not limited to, the account holder name, address, SSN, and linked financial institution, bank account number, and routing number.