Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

*In propria persona*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: 2:23-cv-01236-JJT |
| Plaintiff, | |
| v. | Memorandum in Support of Plaintiff's |
| Tanpri Media & Arts, Inc, *et al.* | Amended Sixth *Ex Parte* Application for |
| Defendants. | Subpoenas Duces Tecum |

    Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 45, 69, and General Order 18-19 ("Order"), Judgment Creditor Jason Crews ("Crews") respectfully moves the court to instruct the Clerk of the court to issue subpoenas duces tecum to obtain evidence which he believes to be in the possession of third parties for the purposes of judgment enforcement against Judgment Debtors. In support thereof, Plaintiff states as follows.

    On March 27, 2024, this court entered a default judgement in Crews' favor. FRCP Rule 69 states "In aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located."

**Fountainhead SBF, LLC**

    Fountainhead SBF, LLC ("Fountainhead") maintains an office at 3216 W. Lake Mary Blvd, Lake Mary Fl 32756, which is approximately 79.8 miles away from Crew's address

MEMORANDUM - 1

1101 W Hibiscus Blvd #103a, Melbourne FL 32901, https://maps.app.goo.gl/rHVF4ngvwraePypR9, and less than 100 miles which is compliant with rule 45(c)(2)(A).

Per public records search, Judgment Debtor, Elizabeth Beauvil ("Beauvil") and Tanpri Media and Arts, Inc ("Tanpri"). As such, Crews, seeks the following from Fountainhead:

Any and all documents in your possession pertaining to
- Tanpri Media and Arts, Inc.
- Elizabeth Raquel Beauvil, [SSN Redacted]
- This includes but is not limited to, the loan identified by number #9133217210.
- If this loan has been sold, assigned, or otherwise transferred, please provide any and all information identifying the new owner and how they are to be contacted.
- This includes but is not limited to statements, canceled checks, and transaction records showing accounts where funds were distributed and where any payments were received.

Dated this July 3, 2024.

/s/*Jason Crews*

Jason Crews

MEMORANDUM - 2