Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br>vs.<br>Sun Solutions AZ, LLC, *et al.*<br>    Defendants. | Case No.: 2:23-cv-01236-JJT<br><br>[Proposed] ORDER |

  At issue is pro se Plaintiff Jason Crews's *Ex Parte* Application for Subpoena Duces Tecum (Doc. \_\_), seeking issuance of a subpoena to Fountainhead SBF, LLC. In granting the present Application, the Court makes no determination as to whether the address Plaintiff provided represents the locations where to Fountainhead SBF, LLC is headquartered or where its custodians of record reside, are employed, or regularly transact business in person under Federal Rule of Civil Procedure 45(c)(2)(A).

  **IT IS HEREBY ORDERED** granting Plaintiff's sixth *Ex Parte* Application for Subpoenas Duces Tecum (Doc. \_\_).

  **IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoena (Doc. \_\_).

Dated this \_\_\_ day of \_\_\_\_, 2024.

                _____
                Honorable Dominic W. Lanza
                United States District Judge

REPLY- 1