IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>            Plaintiff,<br><br>v.<br><br>Tanpri Media & Arts Incorporated, *et al.*,<br><br>           Defendants. | No. CV-23-01236-PHX-JJT<br><br>**ORDER** |

At issue is *pro se* Plaintiff Jason Crews's Sixth *Ex Parte* Application for Subpoena *Duces Tecum* (Doc. 50), seeking issuance of a subpoena to Fountainhead SBF, LLC. In granting the present Application, the Court makes no determination as to whether the address Plaintiff provided represents the location where Fountainhead SBF, LLC is headquartered or where its custodian of record resides, is employed, or regularly transacts business in person under Federal Rule of Civil Procedure 45(c)(2)(A).

**IT IS HEREBY ORDERED** granting Plaintiff's Amended Sixth *Ex Parte* Application for Subpoena *Duces Tecum* (Doc. 50).

**IT IS FURTHER ORDERED** that the Clerk of Court shall issue the proposed subpoena (Doc. 50-3).

Dated this 8th day of July, 2024.

Honorable John J. Tuchi
United States District Judge