AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| Jason Crews | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-01236-JJT |
| Tanpri Media & Arts, Inc | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Fountainhead SBF, LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
see attachment

| Place: Jason Crews care of Legally Accurate LLC<br>1101 West Hibiscus Blvd 103a<br>Melbourne, FL 32901 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*                                            OR

_____                                   _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

**ISSUED ON 8:19 am, Jul 10, 2024**
**s/ Debra D. Lucas, Clerk**

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____, who issues or requests this subpoena, are:
_____

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Attachment:
    Any and all documents in your possession pertaining to
- Tanpri Media and Arts, Inc.
- Elizabeth Raquel Beauvil, [SSN Redacted]
- This includes but is not limited to, the loan identified by number #9133217210.
- If this loan has been sold, assigned, or otherwise transferred, please provide any and all information identifying the new owner and how they are to be contacted.
- This includes but is not limited to statements, canceled checks, and transaction records showing accounts where funds were distributed and where any payments were received.